JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON SAMUEL AND PHYLLIS AUBREY-SAMUEL,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-06767-DSF-SK<br><br>**JUDGMENT** |

    Plaintiffs LEON SAMUEL AND PHYLLIS AUBREY-SAMUEL accepted Defendant FORD MOTOR COMPANY Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on August 16, 2022.

    The Court therefore enters judgment in favor of Plaintiffs pursuant to the terms of the Rule 68 offer.

Date: September 9, 2022

*Dale S. Fischer*
Hon. Dale S. Fischer
United States District Judge