UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON SAMUEL AND PHYLLIS AUBREY-SAMUEL,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:21-cv-06767-DSF-SK<br><br>**JUDGMENT** |

　　Plaintiffs LEON SAMUEL AND PHYLLIS AUBREY-SAMUEL accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on August 16, 2022.

　　The Court therefore enters judgment in favor of Plaintiffs pursuant to the terms of the Rule 68 offer. Plaintiffs are awarded costs in the amount of $14,160.21 pursuant to the stipulation of the parties.

　　IT IS SO ORDERED.

DATED: January 3, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE