# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON SAMUEL and PHYLLIS AUBREY-SAMUEL,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 2:21-cv-06767-DSF-SK<br>*Honorable Dale S. Fischer*<br><br>**ORDER REGARDING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**<br><br>Complaint Filed: February 8, 2021 |

1    On February 22, 2023, the Court granted in part and denied in part (ECF No. 53) Plaintiffs Leon Samuel and Phyllis Aubrey-Samuel's ("Plaintiffs") Motion for Attorneys' Fees, Costs, and Expenses and ordered the Parties to confer regarding a Joint Proposed Order including the amount of attorneys' fees calculated using the hourly rates and deductions described in the Court's Order (ECF No. 53).

Pursuant to the Court's Order (ECF No. 53), the Court awards attorneys' fees in the amount of $42,481.00 to Plaintiffs from Defendant Ford Motor Company, payable within 60 days of the entry of this Order.

IT IS SO ORDERED.

DATED: April 7, 2023

*/s/ Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE